# EXHIBIT A



**BRITISH VIRGIN ISLANDS**

# TRANSCRIPT OF 🛡 BRITISH REGISTRY

## PARTICULARS OF SHIP

| Name of Ship | Port | Year Number | Official Number |
|---|---|---|---|
| *CHA CHA* | *ROAD HARBOUR* | *157 IN 2000* | *734178* |

| Where built: | When built | Whether sailing, steam or motor ship; if steam or motor how propelled | Signal letters (if any) |
|---|---|---|---|
| DURBAN, SOUTH AFRICA | *1993* | *SAIL & MOTOR*<br>*SINGLE SCREW* | |

| Name and address of builder: | | | metres |
|---|---|---|---|
| ANKON & B.M. SMITH<br>DURBAN<br>SOUTH AFRICA | No. of decks: *One*<br><br>No. of masts: *One*<br><br>Rigged: *Cutter*<br><br>Stem: *Raked*<br><br>Stern: *Reverse Transom*<br><br>Build: *Carvel* | Overall Length<br><br>Main Breadth<br><br>Depth | *15.54*<br><br>*4.65*<br><br>*2.13* |

| Name, year and port of previous registry (if any) | Framework and description of Vessel: *Steel* *Pleasure Yacht* |
|---|---|
| EX "CHA CHA"<br>CAPE TOWN, SOUTH AFRICA<br>O.N. REGISTRATION # SA 1978 | No. of hulls: *One*<br>No. of watertight bulkheads: *None*    No. of non-watertight bulkheads: *Five* |

The following tonnages for the vessel extracted from the British Tonnage Certificate:

GROSS  *24.63* tons ( *69.70* Cubic metres)

NET  *24.63* tons ( *69.70* Cubic metres)

Propelling particulars (as supplied by builders, owners or engine makers)

| Engines | Description | Name and address of makers | Reciprocating Engines | | Rotary engines | kW |
|---|---|---|---|---|---|---|
| No. of sets: *1* | INTERNAL COMBUSTION | YANMAR EUROPE B.V.<br>1332 BS ALMERE-de-VAART<br>THE NETHERLANDS | No. of cylinders in each set | Diameter of cylinders | No. of cylinders in each set | Estimated speed of ship |
| No. of shafts: *1* | | | *4* | *N/K* | *N/K* | *41.22* |
| When made: *1993* | | | Length of stroke: | | | |
| | | | *N/K* | | | |

*Please see overleaf for certificate*

T345A (V2/00)



## Name(s) and Address(es) of Owner(s)

*DANCING WINDS LTD.*
*TRIDENT CHAMBERS, WICKHAMS CAY, P.O. BOX 146*
*ROAD TOWN, TORTOLA, BRITISH VIRGIN ISLANDS*

*64 shares*



## Details of Mortgages (if any)

| Priority | Type | Mortgagor(s) | Mortgagee(s) | Shares |
|----------|------|--------------|--------------|--------|
| | *NONE RECORDED* | | | |

Registry closed on:                    Reason:

I hereby certify that the foregoing printed and written particulars are a true extract from the records now in my charge, showing the descriptive particulars, ~~present~~ registered ownership ~~/ registered ownership as at~~ ................................. ~~and~~ ~~interest~~ / free of incumbrance of the vessel:     CHA CHA

Official Number:   734178

Date & Time of transcript:   27/12/2012 at 12:02

Registrar of British Ships Road Harbour



Office stamp

REGISTRAR
OF SHIPS
DEC 2 7 2012
BRITISH VIRGIN
ISLANDS